BEFORE THE THIRD DIVISION, APRIL 12, 1962

No. 66691.—The Hervin Co. and Geo. S. Bush & Co., Inc. *v.* United States, protests 60/10815 and 60/23981 (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiffs was sustained.

No. 66692.—Pan American Food Company, Inc., et al. *v.* United States, protests 61/9723(B), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.